IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ SANABRIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:14-cv-01309-EGS |
| v. ) | |
| ) | |
| M/A ELECTRIC, LLC d/b/a ) | |
| TOWER-DAVIS ELECTRIC, *et al.* ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants stipulate to the dismissal with prejudice of all claims brought, and that could have been brought, in this action.

Respectfully submitted,

_____/s/_____
Daniel A. Katz (D.C. Bar No. 447412)
dkatz@ggilbertlaw.com
The Law Offices of Gary M. Gilbert & Associates
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881

Virginia Rae Diamond (D.C. Bar No.393934)
vdiamond@ashcraftlaw.com
Ashcraft & Gerel, LLC
4900 Seminary Rd., Suite 650
Alexandria, VA 22311
Tel: (703)931-5500
Fax: (703)820-0630
*Attorneys for Plaintiffs*

2

_____/s/_____
James Faughnan (D.C. Bar No. 430162)
faughnan@fm-lawfirm.com
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166
Tel: (571) 434-7595
Fax: (571) 4334-9006
*Attorney for Defendants*

2